UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE E. GISMOND,

     Plaintiff,

   -against-

UNITED STATES OF AMERICA,

     Defendant.

26-CV-1080 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On February 8, 2026, *pro se* Plaintiff Diane E. Gismond filed this action for overpayment of taxes. Plaintiff's Complaint referenced an "attached" statement of facts, but no such statement appears on the docket. *See* ECF No. 1 at 5. A complaint must include "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Her Complaint does not contain facts suggesting a plausible claim for relief. By **April 17, 2026**, Plaintiff is directed to file an amended complaint in this action complying with Rule 8 and including all facts she wishes for the Court to consider, or the Court may dismiss this action for failure to comply with Rule 8. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: March 18, 2026
   White Plains, New York

          SO ORDERED.

          JESSICA G. L. CLARKE
          United States District Judge