UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE E. GISMOND,

                          Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                          Defendant.

26-CV-1080 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff filed this action pro se. ECF No. 1. By order dated February 13, 2026, the Court directed Plaintiffs to either pay the $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed in forma pauperis ("IFP"). ECF No. 3. On March 13, 2026, as indicated on the docket, the $405.00 fee was paid and processed. No summons have been issued in this case.

The Clerk of Court is directed to issue a summons as to the United States of America. Plaintiff is directed to serve the summons and Complaint within ninety days of the issuance of the summons. If within those ninety days, Plaintiff has either not served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Federal Rule of Civil Procedure 4(m) for failure to timely serve or Rule 41(b) for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and issue a summons as specified above.

Dated:  April 29, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge