**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 8, 2026

**Via ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
Hon. Charles L. Brieant Jr.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Diane E. Gismond v. United States of America*, No. 26 Civ. 1080 (JGLC) (AEK)

Dear Judge Krause:

This Office represents defendant United States of America (the "Government") in the above-referenced action for the recovery of income taxes brought by *pro se* plaintiff Diane Gismond ("Plaintiff"). I write on behalf of the parties to respectfully request a 60-day stay of all deadlines in the case while the parties attempt to resolve this case without further litigation.

The parties have reached an agreement in principle regarding the timeliness of Plaintiff's 2018 tax return. The requested additional time will allow the Government to consult with Internal Revenue Service computations specialists regarding the final amount of relief owed to Plaintiff. In the event that the parties are unable to reach a resolution within 60 days—i.e., by December 7, 2026—the parties will file a joint letter on that date informing the Court of the status of settlement discussions.

We thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

BY: */s/ Kathleen M. Lewis*
KATHLEEN M. LEWIS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2728
kathleen.lewis@usdoj.gov

APPLICATION GRANTED. In light of the report regarding the parties' ongoing settlement discussions, the October 8, 2026 deadline to submit a proposed case management plan, and the October 15, 2026 initial conference before Judge Krause, are ADJOURNED. The parties are directed to provide a further status report by no later than December 7, 2026.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

Dated: October 8, 2026

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

cc: (via First Class Mail)
Diane E. Gismond
327 Old Army Road
Scarsdale, NY 10583
*Pro Se*